Case 8:23-cv-00895-DOC-ADS   Document 9   Filed 05/23/23   Page 2 of 2   Page ID #:22

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  8:23-cv-895

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    AMITY ONE TAX

was received by me on *(date)*     Tue 05/30/2023        .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Chris Mays                           , who is

designated by law to accept service of process on behalf of *(name of organization)*    AMITY ONE TAX

on *(date)*   Tue 05/30/2023 01:22 PM; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   75.0
                                                                                          0

I declare under penalty of perjury that this information is true.


Date:  6-2-23

_Kenneth Woo_
Server's signature

Kenneth Woo, Process Server
*Printed name and title*

4010 Foothills Blvd Suite 103-73
Roseville, CA 95747

*Server's address*


Additional information regarding attempted service, etc:


Print     Save As...                                                    Reset