AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  8:23-cv-895

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*           VERCY L.L.C.

was received by me on *(date)*       Tue 05/30/2023         .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*     Chris Mays                    , who is

designated by law to accept service of process on behalf of *(name of organization)*     VERCY L.L.C.

on *(date)* Tue 05/30/2023 01:23 PM or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     75.00     .


I declare under penalty of perjury that this information is true.


Date:  6-2-23                                    *Kenneth Woo*
                                                *Server's signature*

                                        Kenneth Woo, Process Server
                                          *Printed name and title*

                                        4010 Foothills Blvd Suite 103-73
                                        Roseville, CA 95747

                                          *Server's address*


Additional information regarding attempted service, etc:

I delivered the documents to Chris Mays who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'10"-6'0" tall and weighing 140-160 lbs with glasses.